# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-14 (WLS-TQL) |
| | : |
| EUBIA UNDRAE WALKER, II, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Presently before the Court is the Parties' First Joint Motion for Continuance. (Doc. 21.) Therein, the Parties request that the Court continue the specially set July 11, 2022, trial term to the next available Valdosta trial term. A continuance is requested as Counsel requires additional time to review discovery, engage in meaningful settlement negotiations and file appropriate motions. (*Id.*)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 21) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The June 14, 2022 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 3rd day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**