IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-cr-14 (WLS) |
| | : | |
| EUBIA UNDRAE WALKER, II, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Motion for Continuance, filed June 24, 2022. (Doc. 27.) Therein, the Parties move this Court to continue the trial, currently set to begin in August 2022 to the next regularly scheduled trial term. (*Id.*) The Court notes for the purposes of the record that this is the second time that the Parties have requested a continuance as this case was previously noticed for a Valdosta trial term starting July 11, 2022. (Docs. 21, 27.)

The reason that a continuance is requested is that the Parties require additional time to review discovery, assess the need for additional investigation, file any motions deemed appropriate, and engage in plea negotiations aimed as the possible resolution of this matter without the need for a trial. (Doc. 27.)

The Speedy Trial Act permits a district court to grant a continuance of trial so long as the court makes findings that the ends of justice served by ordering a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Section 3161(h)(7)(B) provides several factors the Court must consider when granting a continuance. *United States v. Ammar*, 842 F.3d 1203, 1206 (11th Cir. 2016). Among those factors are the likelihood that the lack of a continuance will result in a miscarriage of justice and the likelihood that failure to grant a continuance would deprive the defendant continuity of counsel or reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B).

The Court finds that the failure to grant a continuance here would likely result in a miscarriage of justice and deprive counsel of reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv). Notably, Defense Counsel needs

2

additional time to review discovery and engage in plea negotiations with the Government. (Doc. 27.)

Accordingly, the Defendant's Motion for Continuance (Doc. 27) is **GRANTED**. The case is **CONTINUED** to the Valdosta trial term beginning November 2022, unless otherwise ordered by the Court. The Court **ORDERS** that the time from the date of this Order to the conclusion of the November 2022 Trial Term is **EXCLUDED FROM COMPUTATION** under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

The July 6, 2022 Pretrial Conference (Doc. 26) is **CANCELLED**.

**SO ORDERED**, this 27th day of June, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**