IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :   Case No.: 7:22-CR-00014 (WLS-TQL) |
| EUBIA UNDRAE WALKER, II | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

On September 14, 2022, the Parties filed a Joint Response to Order Regarding Status of Case (Doc. 30) reflecting that the Parties have conferred, that a motion to continue the case is necessary, and that they would file a motion as soon as possible. That motion is before the Court as the Defendant's Unopposed Motion to Continue Trial, filed September 14, 2022. (Doc. 31). Therein, Parties request a continuance of the trial from the November 2022 trial term to the December[1] or later trial term. The Court notes for the purposes of the record that this is the third time the Parties have requested a continuance. (Docs. 21, 27, 30, 31.)

The reason that a continuance is requested is that the Parties need additional time to review and complete discovery; to assess the need for any additional discovery; to file any motions deemed appropriate; and to complete any plea negotiations aimed at possible resolution of the matter. These grounds for continuance are substantially the same as stated for the prior continuances. *See* Docs. 21, 27. However, Defendant's counsel also states:

> Based on the information available to date, it appears that [Defendant] could potentially be classified as a Career Offender through the application of the United States Sentencing Guidelines. Counsel for the defense is researching the particulars of [Defendant's] situation, as there is pending litigation in federal courts in Georgia and elsewhere that will likely impact that determination. Having a fuller understanding of the status of the jurisprudence on this fluid issue is critical to [Defendant's] ability to make an informed decision about how to proceed with this case.

---

[1] Request for continuance to a December term appears to be an error on the part of counsel as the Parties are aware through the Court's website and/or their practice before the Court, that its calendar does not include a December trial term. The next regularly scheduled term is the February 2023 Valdosta trial term.

Doc. 31 ¶ 2.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 30) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 16th day of September 2022.

                                **/s/W. Louis Sands**
                                **W. LOUIS SANDS, SR. JUDGE**
                                **UNITED STATES DISTRICT COURT**