IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:22-CR-14 (WLS) |
| EUBIA UNDRAE WALKER, II, | : |
| Defendant. | : |

## ORDER

On December 1, 2022, this Court Ordered the Parties to confer and inform the Court no later than Monday, December 19, 2022, whether any matters required a hearing or further briefing or whether the case was ready to proceed to trial. (Doc. 33.) Counsel for the Government and Defendant filed their Responses on December 19, 2022. (Docs. 34 & 35.)

Pursuant to Defendant's Response (Doc. 34) Defendant appears to have a significant criminal history that is being investigated. As such, Defense Counsel has reviewed extensive discovery in this matter but needs to conduct additional investigation regarding the potential application of the sentencing guidelines. The primary question is whether certain prior convictions could or would count as predicate offenses for Career Offender classification under the sentencing guidelines. Counsel states that the answer to this question will guide the parties as they attempt to negotiate a pretrial resolution. Government's Counsel concurs with the Defendant's report regarding the status of this matter. (Doc. 35.)

Defenses Counsel indicates that "Counsel will work diligently to complete discovery review and analysis with Mr. Walker and then proceed accordingly with the litigation of this case." (Doc. 34 at 1.)

Based on Defense Counsel's statements, it appears that a continuance from the Valdosta February 2023 trial term is likely necessary. However, Defense Counsel did not specifically request a continuance, nor did he advise the Court how long he expects he will need to complete preparation for trial. Accordingly, this Court still intends to notice this case

for the Valdosta February 2023 trial term. In the event this case is not ready for pretrial conference that will be scheduled January 17, 2023 and for trial during the Valdosta February 2023 trial term, Defense Counsel is hereby **ORDERED** to file a formal Motion to Continue, if one is necessary or desired by Defendant, **by no later than December 27, 2022**.

**SO ORDERED**, this 20th day of December, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**