IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| EUBIA UNDRAE WALKER, II | : CASE NO: 7:22-CR-14 (WLS) |
| Defendant. | : |

## ORDER

On July 25, 2023, the Court held a hearing to address Defendant's Motion to Suppress Evidence (Doc. 44) ("Motion to Suppress"). At the conclusion of the evidence, the Court allowed and scheduled the filing of post-hearing briefs. As the Parties are aware, the trial of this case has been continued to the Court's Valdosta Division, November 2023 trial term and its conclusion, unless otherwise ordered by the Court. *See* Order (Doc. 46). To memorialize the Court's post-hearing briefing schedule, the Court hereby **ORDERS** that:

1. The Defendant may file his post-hearing brief on or before twenty-one (21) days after the hearing transcript is made available on the record.

2. The Government may file its brief the earlier of twenty-one (21) days from the date the Defendant's brief is filed.

3. No additional briefs shall be filed without Court approval.

**SO ORDERED**, this 1st day of August 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**