IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| EUBIA UNDRAE WALKER, II | : CASE NO: 7:22-CR-14 (WLS) |
| Defendant. | : |

### ORDER

The Court intends to notice this case for the last week of the November 2023 Valdosta trial term. The Court notes that the Defendant's pending Motion to Suppress Evidence (Doc. 44) ("Motion to Suppress") will be resolved at, or prior to, the date any pretrial conference is scheduled for the trial.[1]

All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, September 15, 2023**, whether any matters, other than the pending Motion to Suppress, require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 29th day of August 2023.

                                                            /s/ W. Louis Sands
                                                            W. LOUIS SANDS, SR. JUDGE
                                                            UNITED STATES DISTRICT COURT

---

[1] The transcript (Doc. 53) of the hearing on the Motion to Suppress was filed August 18, 2023. Pursuant to the scheduling Order (Doc. 51) all post-hearing briefs should be filed on or before September 29, 2023.