IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| **EUBIA UNDRAE WALKER, II,** | :   **CASE NO:  7:22-CR-14 (WLS)** |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER

     Before the Court is the Defendant's Unopposed Motion to Continue Trial in the Interest of Justice to Allow for Discovery Production and Independent Lab Testing (Doc. 72) ("Motion"). Therein, Defense Counsel requests a continuance of the trial of this matter from the February 2024 Valdosta trial term to the next trial term. Defense Counsel states that with the denial of the Defendant's Motion to Suppress (Docs. 44, 68), "and no ability to preserve the issues raised in that motion short of a trial, the parties are preparing for trial." (Doc. 72 at 2.) Defense Counsel states additional discovery and time is needed for the Government to allow Defendant access to the two seized substances in this case, to allow the defense to send and submit them for independent testing by analysts outside of law enforcement. Defense Counsel represents that the Government does not oppose the requested continuance. Defendant states he understands and agrees that the continuance will be excluded from speedy trial calculation pursuant to 18 U.S.C. § 3161 et. seq.  Counsel are expected to take immediate action to complete all discovery and testing so that the case may proceed to trial during the Court's May 2024 Valdosta trial term.

     Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 72) is **GRANTED**.

     The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division **May 2024** trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under

the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The Pretrial Conference scheduled for January 10, 2024, is removed from the Court's calendar.

**SO ORDERED**, this 8th day of January 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**