IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :   **UNDER SEAL** |
| | : |
| **EUBIA UNDRAE WALKER, II,** | :   **CASE NO: 7:22-CR-14 (WLS)** |
| | : |
| **Defendant.** | : |
| _____ | : |

## ORDER

    Before the Court is Defendant's Motion to Seal (Doc. 83) asking the Court to allow him to file, under seal, a motion for a psychological and psychiatric examination ("Underlying Motion"), which was emailed to the Clerk's Office on August 1, 2024. In his Motion to Seal, Defendant's counsel states that "sealing is necessary to protect the attorney – client privilege duty of confidentiality and/or the work-product of the undersigned counsel." (*Id.*) The Court has reviewed the Underlying Motion, and finds good cause for sealing the Underlying Motion.

    Accordingly, Defendant's Motion to Seal (Doc. 83) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the motion emailed by defense counsel under seal to be made available only to the Parties' counsel and the Court. The motion shall remain sealed until further order of the Court.

    **SO ORDERED**, this 5th day of August 2024.

                                                        /s/ W. Louis Sands
                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                        **UNITED STATES DISTRICT COURT**