IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | :     **CASE NO: 7:22-CR-14 (WLS)** |
| **EUBIA UNDRAE WALKER, II,** | : |
| | : |
| Defendant. | : |
| _____ | : |

### ORDER

Before the Court is the Defense Motion to Continue Trial in the Interest of Justice (Doc. 103) ("Motions") requesting a continuance of the trial of this matter from the November 2025 Valdosta trial term to the next trial term. Defendant requests a continuance to reestablish a working relationship with Defense Counsel and to meaningfully consider and discuss the pending plea offer. Defense Counsel spoke with Government's Counsel who indicated that they cannot agree with this motion to continue out of concern that Defendant's mental health might again deteriorate and render trial impossible absent additional mental health treatment. They wish to avoid further delay should that happen. Defense Counsel believes the risks of Defendant mental health deteriorating is low. Defendant states that the circumstances warrant the continuance which will be excluded from speedy trial calculation pursuant to 18 U.S.C. § 3161 *et. seq.*, and that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the United States Attorney's Office in a speedy trial.[1] The Court also recalls that Defendant personally requested a continuance during his recent appearance.

Based on the Defendant's stated reasons and those set out more fully in his Motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 103) is **GRANTED**.

---

[1] To satisfy 18 U.S.C. § 3161(h)(7)(A)-(B), the Court assumes Defense Counsel intended to state that the ends of justice served by granting the continuance outweigh the best interests of the public and the *Defendant* in a speedy trial, and the Court so finds based on the statements in the Motion.

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division **February 2026** trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

The October 1, 2025 pretrial conference with respect to Defendant Eubia Undrae Walker, II, is **CANCELLED**.

**SO ORDERED**, this 30th day of September 2025.

                                                     /s/W. Louis Sands
                                                     **W. LOUIS SANDS, SR. JUDGE**
                                                     **UNITED STATES DISTRICT COURT**