IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO: |
| | : 7:22-CR-14–WLS-ALS |
| EUBIA UNDRAE WALKER, II | : |
| Defendant. | : |

### ORDER

The Court intends to notice this case for the February 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Wednesday, November 26, 2025**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 14th day of November 2025.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1