IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.   : | **UNDER SEAL** |
| : | |
| **EUBIA UNDRAE WALKER, II,** : | **CASE NO: 7:22-CR-14 (WLS)** |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER

    Before the Court is Defendant's Motion to Seal (Doc. 109) asking the Court to allow him to file, under seal, Defendant's Unopposed Motion for Immediate Transfer to the Bureau of Prisons for Psychological/Psychiatric Treatment and Evaluation ("Underlying Motion"), which was emailed to the Clerk's Office on December 19, 2025. In his Motion to Seal, Defendant's counsel states that "sealing is necessary to protect the attorney – client privilege duty of confidentiality and/or the work-product of the undersigned counsel." (*Id.*) The Court has reviewed the Underlying Motion, and finds good cause for sealing the Underlying Motion.

    Accordingly, Defendant's Motion to Seal (Doc. 109) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the Underlying Motion emailed by defense counsel under seal to be made available only to the Parties' counsel and the Court. The Underlying Motion shall remain sealed until further order of the Court.

    **SO ORDERED**, this 19th day of December 2025.

                                                              **/s/W. Louis Sands**
                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                             **UNITED STATES DISTRICT COURT**