**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:22-cr-14–WLS-ALS** |
| | : | |
| **EUBIA UNDRAE WALKER, II,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### <u>ORDER</u>

By Order (Doc. 119) entered March 16, 2026, the Court continued the trial of this matter to the Valdosta August 2026 Trial Term. The matter was continued at the request of Defendant's Counsel because counsel disagrees with the Forensic Evaluation dated February 24, 2026 ("Evaluation") (Doc. 116) provided by officials at the Federal Medical Center, Lexington, Kentucky, which opines that Defendant is competent to stand trial in this matter. Defense Counsel requested the continuance so he could retain an expert to conduct an evaluation of Defendant while in pretrial detention in the district and render an opinion on his competency to stand trial under those detention conditions. Government's Counsel, Leah McEwen, did not oppose the continuance.

Per the Order (Doc. 119) continuing this matter, the Court intends to notice this case for trial during the August 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court in writing no later than **Monday, May 18, 2026**, of the status of the evaluation of Defendant by the expert retained by Defendant, the anticipated date of receipt of the expert's opinion regarding Defendant's competency to stand trial, the Parties' views regarding the appropriate action at this time, and when they believe a competency hearing may be scheduled in this matter.

To assure this case remains in compliance with the Speedy Trial Act, the Parties shall further confer and apprise the Court as to whether the case will be ready to proceed to trial during the Valdosta August 2026 Trial Term. If the Parties anticipate that this case will not be ready for trial during such trial term, a motion to continue the trial should be filed immediately

1

for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

       **SO ORDERED**, this 7th day of May 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**