**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,  :

     :

   v.     :

     :     **CASE NO:  7:22-CR-14 (WLS)**

     :

EUBIA UNDRAE WALKER, II,  :

     :

   **Defendant.**     :

_____

## ORDER

Before the Court is Defendant's Motion to File Defendant's Sealed Unopposed Motion for Continuance in the Interest of Justice Under Seal (Doc. 124) ("Motion to Seal") asking the Court to allow him to file, under seal, a motion for continuance along with an exhibit attached thereto ("Underlying Motion"), which was emailed to the Clerk's Office on June 16, 2026. Defendant states that "sealing is necessary to prevent sensitive information from being accessible to the public and further jeopardizing the safety of [Defendant]." (*Id.*) The Court has reviewed the Underlying Motion, and finds good cause for sealing the Underlying Motion.

Accordingly, Defendant's Motion to Seal (Doc. 124) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the Underlying Motion and exhibit emailed by defense counsel under seal. The Clerk of Court is further **DIRECTED** to provide a copy of the filed Underlying Motion to the Parties' counsel. The Underlying Motion shall remain sealed until further order of the Court.

**SO ORDERED**, this 23rd day of June 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**