IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | |
| EUBIA UNDRAE WALKER, II, | : | CASE NO: 7:22-cr-14—WLS |
| Defendant. | : | |

## ORDER

The Court intends to notice this case for the November 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, August 28, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

SO ORDERED this 17th day of August, 2026.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT