**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:25-CR-15–WLS-ALS-1** |
| **SABINO GOMEZ,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

The Court intends to notice this case for the November 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, August 28, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED** this 17th day of August, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**