**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:22-cr-14-WLS-ALS** |
| **EUBIA UNDRAE WALKER, II,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

Pursuant to Defendant's Response to Court's September 28, 2026, Order (Doc. 140) ("Response") filed October 1, 2026, Defendant notified the Court that the expert retained by Defendant was completing her work evaluating Defendant's competency. Defendant's counsel reported that although a final written report had not been generated as of the date of the Response, "[u]ndersigned counsel has had several conversations with its retained expert . . . and neither the expert nor undersigned counsel believe that there are currently any issues with Mr. Walker's competency as of the time of this filing." (*Id.* at 1). To date, the Court has not received the final report of Defendant's expert. Also pending before the Court is the Defendant's Motion in Limine to Exclude Cell Phone Photographs (Doc. 134) ("Motion in Limine").[1] This matter is currently scheduled for trial during the Court's February 2027 Valdosta Trial Term. The Court finds that these matters should be set for hearing so they can be resolved prior to the February 2027 Trial Term.

Accordingly, the Court hereby **ORDERS** that:

1. **On or before Friday, November 13, 2026,** Defendant shall provide the Court and Government's counsel with a final report from Defendant's expert regarding Defendant's competency evaluation.

[1] The Court recognizes that Defendant's second Motion to Suppress Evidence Recovered from Search of the Seized Safe (Doc. 133) is also pending. At this time, the Court does not anticipate that a hearing is necessary on this Motion to Suppress.

2. Defendant's competency hearing shall be held on **Thursday, November 19, 2026, at 2:00 p.m.**, at the C.B. King United States Courthouse, 201 W. Broad Avenue, Albany, Georgia 31701.

3. Further, a hearing on the Motion in Limine (Doc. 134) shall be held on **Thursday, November 19, 2026, at 2:00 p.m.**, to occur immediately after the Defendant's competency hearing. Pending the outcome of the competency hearing, the hearing on the Motion in Limine may be recessed, if necessary.

**SO ORDERED**, this 19th day of October 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**