**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **v.** | : | **CASE NO: 7:22-cr-14–WLS-ALS** |
| **EUBIA UNDRAE WALKER, II,** | : | |
| **Defendant.** | : | |

# ORDER

Before the Court is Defendant's Motion to Seal (Doc. 144) ("Motion to Seal") asking the Court to allow him to file, under seal, Defendant's Final Report of Defendant's Competency Evaluation ("Evaluation") which was emailed to the Clerk's Office on November 13, 2026. Defendant states that "sealing is necessary to prevent sensitive information from being accessible to the public, potentially jeopardizing the safety of [Defendant]." (*Id.*) The Court has reviewed the Motion to Seal and the Evaluation, and finds good cause for sealing the Evaluation.

Accordingly, Defendant's Motion to Seal (Doc. 144) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the Evaluation emailed by defense counsel under seal. The Clerk of Court is further **DIRECTED** to provide a copy of the filed Evaluation to the Parties' counsel. The Evaluation shall remain sealed until further order of the Court.

**SO ORDERED**, this 16th day of November 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**